Joseph R. Manning, Jr. (SBN 223381)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*

ANTHONY BOUYER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OMNINET JADE, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02205-RGK-AFM<br><br>Hon. R. Gary Klausner<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: March 6, 2020<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Anthony Bouyer ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : April 23, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
Joseph R. Manning, Jr.
Attorney for Plaintiff
Anthony Bouyer

## **CERTIFICATE OF SERVICE**

I certify that on April 23, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: April 23, 2020                                    **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr., Esq.*
        Joseph R. Manning, Jr., Esq.
        Attorney for Plaintiff,
        Anthony Bouyer